IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Richard Grant,                                    :
                                                  :
                    Petitioner(s),                :
                                                  :   Case Number: 1:12mc7
            vs.                                    :
                                                  :   Chief Judge Susan J. Dlott
United States of America, et al.,                 :
                                                  :
                    Respondent(s).                :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate

Judge Karen L. Litkovitz filed on October 24, 2012 (Doc. 7), to whom this case was referred

pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the

time for filing such objections under Fed. R. Civ. P. 72(b) expired November 13, 2012, hereby

ADOPTS said Report and Recommendation.

Accordingly, it is **ORDERED** that petitioner's petition to quash the IRS administrative

summons (Doc. 1) is **DISMISSED** with prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to

prosecute.

IT IS SO ORDERED.


___s/Susan J. Dlott_____
Chief Judge Susan J. Dlott
United States District Court